# Saliba & Company, P.C.
*A Professional Corporation*
390 N 18th Street
Wytheville, Virginia 24382

---

Telephone (276) 228-4333         saliba@salibalaw.com         Telefax (800)539.0718

---

November 22, 2010

Charles J. King
Reg. No. 19824-057
Federal Corrections Institution Gilmer
Post Office Box 6000
Glenville, WV 26351-6000

    RE:   Appendix, opening brief, reply brief, response brief

Dear Mr. King,

    Please note that I previously mailed the appendix and opening brief to you at your previous address. I am enclosing all of the listed documents. By copy of this letter, I am certifying to the Fourth Circuit Court of Appeals that I have mailed these documents to you.

                                             Very truly yours,

                                             David S. Saliba

cc:   Fourth Circuit Court of Appeals