FILED: December 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-5004
(1:08-cr-00041-jpj-pms-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

CHARLES JERMAINE KING, JR., a/k/a Zig-Lah, a/k/a Ziggy

  Defendant - Appellant

_____

O R D E R
_____

  By order entered November 13, 2014, the court granted appellant's motion to recall this court's mandate based on the failure of former counsel to provide representation at the petition for certiorari stage of appellant's direct appeal.  The court directed the clerk to appoint new counsel and re-issue judgment to enable new counsel to provide appropriate post-judgment representation on appeal.

  New counsel having been appointed and having been provided with copies of

the appellate briefs and appendices, the court vacates its judgment of August 18, 2011, and directs re-entry of judgment on the court's August 18, 2011, opinion, and November 13, 2014, and December 29, 2014, orders.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk